UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

JOHN DOE, by and through his next friend
JANE DOE,

    Plaintiff,

v.

HAMILTON COUNTY BOARD OF
EDUCATION, *et al.*,

    Defendants.

Case No. 1:16-cv-00373 (lead)

Judge Harry S. Mattice, Jr.
Magistrate Christopher H. Steger

_____

*Consolidated with:*
RICHARD ROE, a minor student, by and through his
parents and next friends, RICHARD ROE, SR. and
JANE ROE,

    Plaintiff,

v.

HAMILTON COUNTY DEPARTMENT OF
EDUCATION, *et al.*,

    Defendants.

Case No. 1:16-cv-00497

Judge Harry S. Mattice, Jr.
Magistrate Christopher H. Steger

**PLAINTIFFS' RICHARD ROE, RICHARD ROE, SR., AND JANE ROE'S PRETRIAL DISCLOSURE OF WITNESSES AND EXHIBITS**

COMES NOW counsel for the Plaintiffs, Richard Roe, a minor student by and through his parents and next friends, Richard Roe, Sr. and Jane Roe, and pursuant to the Court's September 20, 2017 Amended Scheduling Order and Fed. R. Civ. P. 26(a)(3)(A)(ii) and (iii) discloses the following:

1

The *Roe* Plaintiffs do not reasonably anticipate presenting any witnesses by deposition.

**EXHIBITS EXPECTED TO BE OFFERED**

1. The entire Courtney Bullard file, including, but not limited to, all underlying investigation notes, e-mails, statements, charges, drafts, addendums, conclusions, recommendations.

2. Courtney Bullard's Rule 26 Expert Status and Report (including her previous reports)

3. The Bullard contract with HCDE and all scope of investigation documents

4. Bullard's correspondence to persons whom she interviewed or attempted to interview

5. Interview transcripts and statements of all students/teachers/interviewees taken during Bullard's investigation

6. Interview transcripts/statements of interviewees taken by Hamilton County District Attorney's office and/or Gatlinburg/Hamilton County Police Department

7. January 2016 interviews of Nayadley, Montgomery, Manning, and Jarvis

8. Emails between Bullard and Scott Bennett and others regarding the investigation and aftermath of the investigation (including, but not limited to, Dkt 178-8 and all other e-mails produced during discovery and pursuant to the Court's order)

9. Emails between Scott Bennett and Neal Pinkston (see Dkt No. 182-12)

10. The disciplinary letters and file for administrators and coaches relating to Gatlinburg events

11. Defendant HCDE's responses (and supplemental responses) to each set of Interrogatories and Request for Production of Documents (including all

documents produced)

12. Bullying Training and Attendance Documents

13. Defendant Montgomery, Nayadley and Jarvis' answers to Interrogatories and Request for Production of Documents (including all documents produced)

14. Report of Complaint and Notes (Dkt. 185-12)

15. B.I.N.T. Forms (Bullying Is Not Tolerated)

16. E-mail and/or test message correspondence between Jarvis, Bennett, McDade, and Adams

17. Powerpoint Presentation- Olweus Bullying Prevention Program

18. All Sign-up Sheets for Olweus Anti-Bullying Training and Meetings

19. Olweus Bullying Prevention Program- Bullying Prevention Coordinating Committee Workbook

20. E-mail correspondence between Karen Glenn and Kathy Noseworthy

21. Gym Map/Floorplan

22. The Pinkston report/correspondence

23. Floor plan

24. Ooltewah High School Student Handbook 2015-2016

25. High School Administrative Policies and Procedures Manual

26. Ooltewah High School Coaching Handbook, August 2015

27. Ooltewah High Schools 2015-2016 Faculty Handbook

28. Listing for JJ's Hideaway (including photos) and Description of JJ's Hideaway

29. Child Protective Services appeal summary and related records

30. Police records relating to Gatlinburg events

3

31. Dear Colleague Letters regarding bullying and Title IX

32. Exhibit Numbers 34-100 of the Rule 30b6 deponent Karen Glenn)

33. The policy of insurance disclosed with Defendant's Rule 26 disclosures

34. Exhibits to depositions of Rick Smith, Karen Glenn, Marsha Drake, Andre Montgomery, Jesse Nayadley and James Jarvis

35. Report of Dr. Charol Shakeshaft and Roger Dinwiddie

36. HCDE Sexual Harassment Policies

37. HCDE Policy on Mandatory Reporting of Child Abuse or Neglect

38. Ooltewah Bullying Surveys from November 2014

39. Roe text messages to mother produced during discovery

40. Social media post regarding Ooltewah High School ("If You Want a Basketball Rapist or a A Gay N- - - - Kome Here")

41. Emails between Courtney Bullard and Karen Glenn

42. Field trip request for Gatlinburg trip and response to the request

43. Affidavit signed by Courtney Bullard, on or about September 17, 2017

44. Disclosure of Courtney Bullard as Rule 26 expert, filed on or about October 12, 2017 (with all exhibits)

45. Letter from Courtney Bullard to Charles Purcell, dated October 12, 2017

46. Letter from Courtney Bullard to Jennifer Craig, dated April 26, 2017

47. Plaintiffs include any pretrial disclosures from their co-Plaintiffs and the Defendants.

48. Hamilton County Schools records, including transcript and disciplinary history, for "Student A" (filed as Exhibit 13 to Plaintiff John Doe's Response in

4

Case 1:16-cv-00497-HSM-CHS Document 163 Filed 07/10/18 Page 4 of 7 PageID #: 5107

Opposition to Defendant Hamilton County Board of Education's Motion for Summary Judgment, Doc. 185-15)

49. Hamilton County Schools records, including transcript and disciplinary history, for "Student B" (filed as Exhibit 14 to Plaintiff John Doe's Response in Opposition to Defendant Hamilton County Board of Education's Motion for Summary Judgment, Doc. 185-16)

50. Hamilton County Schools records, including transcript and disciplinary history, for "Student C" (filed as Exhibit 15 to Plaintiff John Doe's Response in Opposition to Defendant Hamilton County Board of Education's Motion for Summary Judgment, Doc. 185-17)

51. Report of bullying complaint (filed as Exhibit 10 to Plaintiff John Doe's Response in Opposition to Defendant Hamilton County Board of Education's Motion for Summary Judgment, Doc. 185-12)

52. Notes from meetings with Jarvis, Montgomery and Nayadley on January 4, 2016

53. Text messages from Steve Holmes

54. E-mail exchanges between individual defendants

55. OHS bullying reports

56. Answers filed by defendants

57. All depositions taken by the parties and exhibits (if necessary at trial)

Respectfully submitted,

5

**GILBERT RUSSELL McWHERTER SCOTT & BOBBITT PLC**

/s Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 504
Chattanooga, TN 37402
Telephone: 423-499-3044
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com

*and*

**LEWIS & OLIVER**

/s Eric J. Oliver
Eric J. Oliver (TN Bar No. 017509)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423-756-8203
Facsimile: 423-756-2233
eoliver@lewisoliver.com

*ATTORNEYS FOR PLAINTIFFS*

6

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via the Court's ECF system through and also by U.S. mail, first-class postage prepaid to the following:

| | |
|---|---|
| D. Scott Bennett<br>Mary C. DeCamp<br>BENNETT & DECAMP, PLLC<br>Flatiron Building<br>707 Georgia Avenue, Suite 300<br>Chattanooga, Tennessee 37402<br>dsb@bennettdecamp.com<br>mcd@bennettdecamp.com<br><br>Arthur F. Knight, III<br>Jonathan S. Taylor<br>TAYLOR & KNIGHT, P.C.<br>800 South Gay Street, Suite 600<br>Knoxville, Tennessee 37929<br>aknight@taylorknightlaw.com<br>jstaylor@taylorknightlaw.com<br><br>Charles M. Purcell<br>Jennifer C. Craig<br>Christopher C. Hayden<br>PURCELL, SELLERS & CRAIG, INC.<br>P.O. Box 10547<br>Jackson, Tennessee 38308<br>chuck@psclegal.com<br>jennifer@psclegal.com<br>chris@psclegal.com<br><br>W. Carl Spinning<br>T. William Caldwell<br>ORTALE KELLEY LAW FIRM<br>330 Commerce Street, Suite 110<br>P.O. Box 198985<br>Nashville, Tennessee 37201-8985<br>wcaldwell@ortalekelley.com<br>cspinning@ortalekelley.com | Jordan K. Crews<br>Brian A. Pierce<br>Office of the Attorney General<br>General Civil Division<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207<br>Jordan.crews@ag.tn.gov<br>Brian.Pierce@ag.tn.gov<br><br>Jaclyn L. McAndrew<br>Heather Ross<br>Office of Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207<br>Jaclyn.mcandrew@ag.tn.gov<br>Heather.Ross@ag.tn.gov<br><br>Rhubin M. Taylor<br>Office of the County Attorney<br>Room 204, County Courthouse<br>Chattanooga, Tennessee 37402<br>mtaylor@mail.hamiltontn.gov<br><br>Edmund J. Schmidt III<br>LAW OFFICE OF EDDIE SCHMIDT<br>2323 21st Avenue South<br>Suite 502<br>Nashville, Tennessee 37212<br>eddie@eschmidtlaw.com<br><br>Curtis L. Bowe, III<br>BOWE & ASSOCIATES, PLLC<br>707 Georgia Avenue, Suite 301<br>Chattanooga, Tennessee 37402<br>curtisbowe@boweandassociates.com |

on this 9th day of July, 2018.

s/Justin S. Gilbert