IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RICHARD ROE, A MINOR STUDENT, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, RICHARD ROE, SR., AND JANE ROE, <br><br>    PLAINTIFFS <br><br>V. <br><br>HAMILTON COUNTY DEPARTMENT OF EDUCATION, d/b/a HAMILTON COUNTY SCHOOLS; ANDRE MONTGOMERY, INDIVIDUALLY; JESSE NAYADLEY, INDIVIDUALLY; JAMES JARVIS, INDIVIDUALLY; AND MARSHA DRAKE, INDIVIDUALLY <br><br>    DEFENDANTS | ) ) ) ) ) ) ) )    No. 1:16-cv-00497 )    JURY DEMAND ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Now come the parties, by and through their respective attorneys, and enter into a Stipulation of Dismissal with prejudice pursuant to *Federal Rules of Civil Procedure (a)*(1)(A)(ii). Therefore, the parties, by and through their respective attorneys, state that this cause is dismissed with prejudice. Each party shall bear their own costs. Further, no party shall apply for a bill of costs or be awarded any costs inclusive of attorneys' fees and discretionary costs.

APPROVED FOR ENTRY:

PURCELL, SELLERS & CRAIG, INC.

By:     s/Charles M. Purcell
        Charles M. Purcell (012461)
        Jennifer C. Craig (020036)
        Attorneys for Defendant
        P.O. Box 10547
        Jackson, Tennessee 38308
        (731) 300-0737
        Chuck@psclegal.com
        jennifer@psclegal.com

GILBERT RUSSELL McWHERTER
SCOTT BOBBITT, PLC

s/Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd., Suite 504
Chattanooga, TN 37402
Telephone: 423-499-3044
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com


LEWIS & OLIVER

s/Eric J. Oliver
Eric J. Oliver (TN Bar No. 017509)
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, TN 37402
Telephone: 423-756-8203
Facsimile: 423-756-2233
eoliver@lewisoliver.com

CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system.

                                            s/Jennifer C. Craig

Date:    November 27, 2018

PERSONS SERVED:

Justin S. Gilbert
Gilbert Russell McWherter Scott Bobbitt PLC
100 W. Martin Luther King Blvd., Suite 504
Chattanooga, TN 37402

Eric J. Oliver
Lewis & Oliver
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, TN 37402